**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Securities and Exchange Commission,<br><br>Plaintiff,<br><br>v.<br><br>Derek J. Slattery, *et al.*,<br><br>Defendants. | Case No. 2:22-cv-00715-JAD-BNW<br><br>**REPORT AND RECOMMENDATION** |

On August 1, 2022, the Court ordered Defendant Derek Slattery to update his address by August 15, 2022, as a recent filing was returned as undeliverable. *See* ECF Nos. 22, 27. The Court further advised Defendant that if he did not comply with the Court's order, the Court may recommend that a default be entered against him per Local Rule IA 3-1. ECF No. 27. Defendant has not complied with the Court's order.

**IT IS THEREFORE RECOMMENDED** that a default be entered against Defendant Derek Slattery.

**NOTICE**

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within 14 days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: September 13, 2022.

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE