UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Securities and Exchange Commission,<br><br>    Plaintiff<br><br>v.<br><br>Derek J. Slattery, et al.,<br><br>    Defendants | Case No.: 2:22-cv-00715-JAD-BNW<br><br>**Order Adopting Report & Recommendation to Enter Default Against Defendant Derek Slattery**<br><br>[ECF Nos. 29, 31] |

    The Securities and Exchange Commission (SEC) brings this action against Derek J. Slattery and his company TradeSmart Software RIC Corporation, alleging that they defrauded investors out of more than a million dollars in violation of the federal securities laws.[1]  On the SEC's motion, default was entered against TradeSmart in July,[2] but I declined its request to enter default against Slattery at that time because he "arguably attempted to file an answer."[3]  Because that filing did not comply with the rules of this court, I ordered Slattery to file a proper answer by August 8, 2022, warning him that, "if he fail[ed] to do so, the SEC may renew its motion for default against him."[4]

    Slattery did not file a proper answer—or anything else.  And because his mail from this court was being returned as undeliverable,[5] the magistrate judge issued an order directing Slattery to "file a notice with his current address with the [c]ourt by August 15, 2022," warning that "[f]ailure to comply with this [o]rder may result in a recommendation to the district judge

---

[1] ECF No. 1.
[2] ECF No. 25.
[3] ECF No. 24 at 2.
[4] *Id*. at 4.
[5] *See, e.g.*, ECF Nos. 22, 28, 30, 34.

that a default be entered" against him.[6]  That deadline expired with no response from Slattery, so the magistrate judge now recommends that I enter default against him.[7]  The deadline for Slattery to object to that report and recommendation passed on September 27, 2022, with neither an objection nor a request to extend the deadline to file one.  The SEC has also renewed its motion to enter a default against Slattery, noting that, despite his returned mail, he has been receiving copies of the filings in this case by email, so "Slattery is well aware of this lawsuit and has sent SEC counsel numerous emails regarding this matter since it was filed."[8]

"[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[9]  Having reviewed the report and recommendation, I find good cause to adopt it, and I do.  Slattery's failure to file a proper answer despite having been served with this action provides a second, independent basis to enter default against him.

IT IS THEREFORE ORDERED that the magistrate judge's report and recommendation **[ECF No. 31] is ADOPTED in its entirety**, and the Clerk of Court is directed to **ENTER DEFAULT against Derek J. Slattery**.

IT IS FURTHER ORDERED that the SEC's Second Request for Clerk's Entry of Default as to Derek J. Slattery **[ECF No. 29] is DENIED as moot**.

_____
U.S. District Judge Jennifer A. Dorsey
October 4, 2022

---

[6] ECF No. 27.

[7] ECF No. 31.

[8] ECF No. 29 at 2.

[9] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).