AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Securities and Exchange Commission,

        Plaintiff,

V.

Derek J. Slattery, et al.,

        Defendants.

JUDGMENT IN A CIVIL CASE

Case Number  **2:22-cv-00715-JAD-BNW**

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is entered in favor of Plaintiff Securities and Exchange Commission, and against Defendants Derek J. Slattery and TradeSmart Software RIC Corporation.

2/7/2023  
Date

DEBRA K. KEMPI  
Clerk

/s/ K. Ferris  
Deputy Clerk